UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LABOERERS' PENSION FUND, ET AL.**<br><br>PLAINTIFF(S)<br><br>vs.<br><br>**GFS FENCE, ET AL.**<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>**08C2514**<br><br><br><br>SERVICE DOCUMENTS:<br>**SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **May 06, 2008**, at **2:46 PM**, I served the above described documents upon **BUILDERS CHICAGO CORPORATION** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **RICHARD THIES / ATTORNEY**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **200 S WACKER DR., STE 3800, CHICAGO, IL 60606.**

**DESCRIPTION:**  Gender: **M**  Race: **WHITE**  Age: **60**  Hgt: **5'11"**  Wgt: **220**  Hair: **GRAY**  Glasses: **YES**

I declare under penalties of perjury that the information contained herein is true and correct.

*Steven A Stosur* (signature)

Steven A Stosur, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 7th day of May, 2008

*Joan C. Harenberg* (signature)

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

| | | |
|---|---|---|
| CLIENT NAME:<br>Laborers Pension and Welfare Funds*<br>FILE #: | ORIGINAL PROOF OF SERVICE | TRACKING #<br>38447 |