UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LABOERERS' PENSION FUND, ET AL.** <br><br> PLAINTIFF(S) <br><br> vs. <br><br> **GFS FENCE, ET AL.** <br><br> DEFENDANT(S) | COURT DATE: <br><br> Case No. <br> **08C2514** <br><br><br> SERVICE DOCUMENTS: <br> **SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **May 06, 2008**, at **2:46 PM**, I served the above described documents upon **GFS FENCE, GUARDRIAL & SINGAGE, INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **RICHARD THIES / ATTORNEY**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **200 S WACKER DR., STE 3800, CHICAGO, IL 60606.**

**DESCRIPTION:** Gender: **M**   Race: **WHITE**   Age: **60**   Hgt: **5'11"**   Wgt: **220**   Hair: **GRAY**   Glasses: **YES**

I declare under penalties of perjury that the information contained herein is true and correct.

_Steven A Stosur_ (signature)

Steven A Stosur, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 7th day of May, 2008

_Joan C. Harenberg_ (signature)

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

| | | |
|---|---|---|
| CLIENT NAME: <br> Laborers Pension and Welfare Funds* <br> FILE #: | ORIGINAL PROOF OF SERVICE | TRACKING # <br> 38448 |