UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds,<br><br>   Plaintiffs,<br><br>v.<br><br>GFS FENCE, GUARDRAIL, & SIGNAGE, INC., an Illinois Corporation, BUILDERS CHICAGO CORPORATION, an Illinois corporation, and CHICAGO COMMERCIAL CONTRACTORS, LLC, an Illinois corporation,<br><br>   Defendants. | No. 99 CV 7913<br>JUDGE CONLON<br>MAGISTRATE JUDGE MASON |

**AGREED MOTION FOR AN EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND**

Defendants, GFS Fence, Guardrail, & Signage, Inc., Builders Chicago Corporation, and Chicago Commercial Contractors, LLC ("Defendants"), with agreement of Plaintiffs, respectfully request a 30-day extension of time until June 26, 2008, to file their responsive pleading to the Complaint, and additionally state as follows in support of this Motion:

1. On or about May 2, 2008, Plaintiffs Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, and James S. Jorgensen, Administrator of the Funds ("Plaintiffs"), filed a complaint against Defendants in the U.S. District Court for the Northern District of Illinois.

Doc. No.: 1881571

2. Defendants' counsel has been recently retained, and is in the process of investigating the Complaint.

3. Accordingly, on May 23, 2008, Defendants' counsel contacted Plaintiffs' counsel to request an extension of time, up to and including June 26, 2008, for Defendants to file their answer or other responsive pleading.

4. Plaintiffs' counsel has no objection to the requested extension of time.

WHEREFORE, Defendants, GFS Fence, Guardrail, & Signage, Inc., Builders Chicago Corporation, and Chicago Commercial Contractors, LLC, respectfully request an extension of time up to and including June 26, 2008 within which to file its answer or other responsive pleading.

        Respectively submitted,
        GFS FENCE, GUARDRAIL, & SIGNAGE, INC.,
        BUILDERS CHICAGO CORPORATION,
        CHICAGO COMMERCIAL CONTRACTORS, LLC


        Prepared By: /s/ Sharon Ganger
                       One of its Attorneys

Scott E. Gross, I.D. 6195624
Sharon Ganger, I.D. 6294252
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Chicago, Illinois 60606
(312) 201-2000

- 3 -

Agreed:   /s/ Christina Katherine Krivanek
Christina Katherine Krivanek
Laborer's Pension Fund
111 West Jackson, Suite 1415
Chicago, IL 60604

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Christina Katherine Krivanek
Laborers' Pension Fund
111 West Jackson
Suite 1415
Chicago, IL 60604

_____/s/ Sharon Ganger_____