UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds,<br><br>Plaintiffs,<br><br>v.<br><br>GFS FENCE, GUARDRAIL, & SIGNAGE, INC., an Illinois Corporation, BUILDERS CHICAGO CORPORATION, an Illinois corporation, and CHICAGO COMMERCIAL CONTRACTORS, LLC, an Illinois corporation,<br><br>Defendants. | No. 08 CV 02514<br>JUDGE CONLON<br>MAGISTRATE JUDGE MASON |

## NOTICE OF MOTION

TO:   Christina Katherine Krivanek
Laborers' Pension Fund
111 West Jackson
Suite 1415
Chicago, IL 60604

PLEASE TAKE NOTICE that on the 10th day of June, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge Suzanne B. Conlon, or any judge sitting in her stead, in Room 1743, in the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER OF OTHERWISE RESPOND**, a copy of which is attached hereto and served upon you.

Respectively submitted,
GFS FENCE, GUARDRAIL, & SIGNAGE, INC.,
BUILDERS CHICAGO CORPORATION,
CHICAGO COMMERCIAL CONTRACTORS, LLC

Prepared By: /s/ Sharon Ganger
One of its Attorneys

Doc. No.: 1881571

- 2 -

Scott E. Gross, I.D.  6195624
Sharon Ganger, I.D. 6294252
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Chicago, Illinois 60606
(312) 201-2000

## CERTIFICATE OF SERVICE

    I hereby certify that on June 3, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following;

Christina Katherine Krivanek
Laborers' Pension Fund
111 West Jackson Street
Suite 1415
Chicago, IL  60604

                                        /s/ Sharon Ganger