# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2514 | **DATE** | 6/10/08 |
| **CASE TITLE** | LABORERS' PENSION FUND, ET AL vs. GFS FENCE, GUARDRAIL, & SIGNAGE, INC., ET AL | | |

**DOCKET ENTRY TEXT**

Agreed motion [16] for an extension of time ~~up~~ to ~~and including~~ June 26, 2008 to answer or otherwise respond is granted. Status hearing set on June 16, 2008 stands.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|

Case 1:08-cv-02514   Document 19   Filed 06/10/2008   Page 1 of 1

08C2514 LABORERS' PENSION FUND, ET AL vs. GFS FENCE, GUARDRAIL, & SIGNAGE, INC., ET AL    Page 1 of 1