# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2514 | **DATE** | 7/22/2008 |
| **CASE TITLE** | LABORERS' PENSION FUND OF THE HEALTH AND WELFARE DEPARTMENT, ET AL vs. GFS FENCE, GUARDRAIL & SIGNAGE, INC. | | |

**DOCKET ENTRY TEXT**

Report on settlement hearing held. Parties shall comply with FRCP 26(a)(1) by August 14, 2008. Discovery cutoff and filing of dispositive motions with supporting memoranda are set on September 19, 2008. Submission of the modified joint final pretrial order is set on October 9, 2008 at 9:00 a.m.; plaintiff shall submit draft to defendant by October 2, 2008. The case is placed on the October trial calendar. THESE ARE FIRM DATES.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | | Courtroom Deputy Initials: | WH |
|---|---|---|---|