# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2514 | **DATE** | 9/8/2008 |
| **CASE TITLE** | LABORERS' PENSION FUND OF THE HEALTH AND WELFARE DEPARTMENT, ET AL vs. GFS FENCE, GUARDRAIL & SIGNAGE, INC. | | |

**DOCKET ENTRY TEXT**

On the court's own motion, submission of the modified joint final pretrial order is reset from October 9, 2008 to October 20, 2008 at 9:00 a.m.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|

08C2514 LABORERS' PENSION FUND OF THE HEALTH AND WELFARE DEPARTMENT, ET AL vs. GFS FENCE, GUARDRAIL & SIGNAGE, INC.

Page 1 of 1